**No. 56675.**—Mobo Toys, Inc. *v*. United States, protests 177922–K and 177923–K (New York).

Opinion by OLIVER, C. J.   An examination of the papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protests were overruled.

**No. 56676.**—A. V. Berner & Company, Inc. *v*. United States, protest 178396–K (New York).

Opinion by OLIVER, C. J.   The protest was dismissed.

**No. 56677.**—Joseph H. Meyer Bros. *v*. United States, protest 156239–K (New York).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56678.**—Marcel Franck, Inc., et al. *v*. United States, protests 178186–K, etc. (New York).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 56679.**—Alltransport, Incorporated *v*. United States, protest 178275–K (New York).

Opinion by OLIVER, C. J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE SECOND DIVISION, MAY 15, 1952

**No. 56680.**—Air Clearance Assn., Inc., et al. *v*. United States, protests 163219–K, etc. (New York).

Opinion by FORD, J.   The protests were dismissed.

**No. 56681.**—Airport Clearance Service and Calvaire, Inc. *v*. United States, protests 177551–K and 177580–K (New York).

Opinion by FORD, J.   The protests were dismissed.

**No. 56682.**—House of Linen Import Corp. and Schlusselberg Bros. *v*. United States, protests 180886–K and 164214–K (New York).

Opinion by FORD, J.   The protests were dismissed.